

**Misdemeanor**

FILED LM
10/8/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**1:25-cr-00660**
**Magistrate Judge Heather K. McShain**
**RANDOM/Cat. 4**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Jacqueline Guataquira | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information? **Assault/Attempted murder of federal employee IV**

Does the indictment or information charge a felony offense? **No, this is a misdemeanor case.**

List of Statutes: **Title 18, United States Code, Section 111(a)**

Assistant United States Attorney(s): **Hayley Altabef**

Contact Person and Phone Number: **312 353 5357**