# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                           Case No.: 1:25−cr−00660

                                                          Honorable Heather K. McShain

Jacqueline Guataquira

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic status hearing held on 11/12/2025 and continued to 01/06/2026 at 8:30 a.m. To participate in the telephonic status hearing, the dial−in number is 650−479−3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. The Government's unopposed oral motion to exclude time is granted. The time from 11/12/2025 through 01/06/2026 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the time that is reasonably necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.